**IT IS ORDERED as set forth below:**



**Date: March 21, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| IRVIN GUS HALL, II, | : | CASE NO. 17-71540 - PMB |
| | : | |
| DEBTOR. | : | |
| | : | |
| IN RE: | : | CHAPTER 7 |
| | : | |
| JILLIAN B. C. HALL, | : | CASE NO. 18-50440 - BEM |
| | : | |
| DEBTOR. | : | |

**ORDER GRANTING UNITED STATES TRUSTEE'S
MOTION TO REASSIGN CASE**

The United States Trustee filed a motion to reassign the case of Irvin Gus Hall, II, Case No. 17-71540 due to the existence of a related case which is pending before the Honorable Barbara Ellis-Monro (Doc. No. 28) (the "Motion"). It appearing to the Court that all parties were properly served with the Motion and that good cause exists for reassigning the case, it is hereby

ORDERED that the motion is *granted* and the case of Irvin Gus Hall, II, Case No. 17-71540 is reassigned to Judge Ellis-Monro.  It is further

ORDERED that the Clerk of the Bankruptcy Court shall serve a copy of this Order upon Debtor, counsel for Debtor, the United States Trustee, and all creditors and other parties in interest.

**[END OF DOCUMENT]**

Prepared by:

_____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia  30303
404-331-4437, ext. 152
lindsay.p.kolba@usdoj.gov

**DISTRIBUTION LIST**

MAILING MATRIX (see attached)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 17-71540-pmb<br>Northern District of Georgia<br>Atlanta<br>Tue Mar 13 09:33:05 EDT 2018 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 | Gary P. Bunch<br>Gary Bunch, PC<br>527 Tanner Street<br>Carrollton, GA 30117-3318 |
| CACH LLC<br>C/O RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29602 | CENTCREDSERV<br>550 N REGENCY SQUARE BLV<br>JACKSONVILLE, FL 32225 | CHILD SUPPORT ENFORCEM<br>PO BOX 14<br>ALBANY, NY 12201-0014 |
| CREDIT COLL<br>PO BOX 607<br>NORWOOD, MA 02062-0607 | EXETER FINANCE LLC<br>PO BOX 166097<br>IRVING, TX 75016-6097 | Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | IRVIN GUS HALL II<br>4830 SMOKESTONE DR<br>Douglasville, GA 30135-8416 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-2153 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | MEDICAL DATA SYSTEMS I<br>128 W CENTER AVE FL 2<br>SEBRING, FL 33870-3103 |
| Leonard R. Medley III<br>Medley & Associates, LLC<br>Bldg. 2, Suite 1450<br>2727 Paces Ferry Road, SE<br>Atlanta, GA 30339-4053 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH, TX 76161-0244 |
| SECURITY FIN<br>C/O SECURITY FINANCE<br>SPARTANBURG, SC 29304 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | R. Jeneane Treace<br>Office of the United States Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | WELLS FARGO DEALER SVC<br>PO BOX 1697<br>WINTERVILLE, NC 28590-1697 | gary bunch<br>527 tanner street<br>Carrollton, GA 30117-3318 |
| printing systems llc<br>883 SPRINGCHASE DRIVE<br>Austell, GA 30168-6326 | sysco<br>Bryan Kaplan, Esq.<br>Kitchens Kelley Gaynes, P.C.<br>P.O. Box 11569<br>Atlanta, GA 30355-1569 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
1ST FRANKLIN                         GEORGIA DEPARTMENT OF REVENUE       IRS
135 E TUGALO STREET                  PO BOX 105499                       PO BOX 105416
TOCCOA, GA 30577                     Atlanta, GA 30348                   Atlanta, GA 30348


SPRINGLEAF FINANCIAL S
601 NW 2ND ST
EVANSVILLE, IN 47708
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Printing Systems, LLC             (u)renard hurns                     End of Label Matrix
                                     1227 n peachtree                    Mailable recipients    25
                                     apt 212                             Bypassed recipients     2
                                     GA 30690                            Total                  27
```