## UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia
### Atlanta Division

| | | |
|---|---|---|
| In Re: Debtor(s) | ) | |
| **IRVIN GUS HALL II** | ) | Case No.: **17-71540-pmb** |
| | ) | Chapter: **7** |

## GARY BUNCH AND GARY BUNCH, P.C.'S MOTION TO WITHDRAW AS COUNSEL FOR PRINTING SYSTEMS, LLC

Gary Bunch and Gary Bunch, P.C. move to withdraw as counsel for Printing Systems, LLC in the within action.

Respectfully submitted,
**GARY BUNCH, P.C.**

By: _____
Gary Bunch
Georgia Bar Number 094612

527 Tanner Street
Carrollton, Georgia 30117
(770) 836-0405

April 9, 2018

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division

| | | |
|---|---|---|
| In Re: Debtor(s) | ) | |
| **IRVIN GUS HALL II** | ) | Case No.: **17-71540-pmb** |
| | ) | Chapter: 7 |

### GARY BUNCH AND GARY BUNCH P.C.'S
### MEMORANDUM IN SUPPORT OF THEIR MOTION TO WITHDRAW AS
### COUNSEL FOR PRINTING SYSTEMS, LLC

Gary Bunch and Gary Bunch, P.C. ("Movants") have complied with Local Rule 83.1 E. (2) governing withdrawal as counsel for Printing Systems, LLC ("Printing Systems"). Movants, March 15, 2018, e-mailed and mailed via certified mail the required notice to Printing Systems. ("See Exhibit "A.") Therefore, Movants respectfully request the Court to grant Movants permission to withdraw as Printing Systems' counsel.

Respectfully submitted,
**GARY BUNCH, P.C.**

By: _____
Gary Bunch
Georgia Bar Number 094612

527 Tanner Street
Carrollton, Georgia 30117
(770) 836-0405

April 9, 2018

UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division

In Re: Debtor(s)           )
**IRVIN GUS HALL II**      )           Case No.: **17-71540-pmb**
                           )           Chapter: 7

## ORDER

Gary Bunch and Gary Bunch, P.C. ("Movants"), April 9, 2018, filed a Motion to Withdraw as Counsel for Printing Systems ("Motion"). Movants have complied with Local Rule 83.1 E. (2) governing withdrawal as counsel. Movants, March 15, 2018, e-mailed and mailed via certified mail the required notice ("Notice") to Printing Systems. No objection has been filed to either the Notice or Motion. Accordingly, Movants' Motion is granted. Printing Systems is Ordered to keep the Court and Debtor's Counsel informed of his address for service.

SO ORDERED, this _____ day of _____, 2018.

_____
Honorable Barbara Ellis-Monro
United States Bankruptcy Judge

Prepared by:

_____
Gary Bunch
Ga Bar # 094612
Gary Bunch, P.C.
527 Tanner Street
Carrollton, Georgia 30117
(770) 836-0405
pc257@bellsouth.net

THE LAW OFFICE OF

# GARY BUNCH, P.C.

527 Tanner Street
Carrollton, Georgia 30117

(770) 836-0405
Fax: (770) 836-1110
E-mail: pc257@bellsouth.net

March 15, 2018

**BY E-MAIL AND CERTIFIED MAIL**

George Kelly
Printing Systems, LLC
5284 Floyd Rd
#579
Mableton, Georgia 30126

      Re:    Irvin Gus Hall, II United States Bankruptcy Court Northern District of Georgia Atlanta Division Case No. **17-71540**

Dear Mr. Kelly:

This letter serves as notice that, within 14 days, we are requesting the Court to allow us to withdraw as your counsel of record in the above referenced action.

Please bear in mind the following important facts:

A.    Gary Bunch seeks to withdraw as counsel for Plaintiff;

B.    The style of the action in which we seek to withdraw is Irvin Gus Hall, II United States Bankruptcy Court Northern District of Georgia Atlanta Division Case No. 17-71540;

C.    The Court retains jurisdiction of the action;

D.    You have the burden of keeping the Court informed respecting where notices, pleadings and other papers may be served;

# Exhibit "A"

George Kelly
Printing Systems, LLC
March 15, 2018
Page 2

E. You have the obligation to prepare for any hearing or hire other counsel to prepare for any hearing, which has been or will be set;

F. If you fail to meet the burdens set forth in "D" and "E," you may suffer adverse consequences;

G. The dates of any scheduled proceedings and the holding of such proceedings will not be affected by the withdrawal of counsel; and

H. Services of notices may be made upon you at your last known address.

In addition, if you want to object to our withdrawal as your counsel, you should file your objection with the United States Bankruptcy Court Clerk located at 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 within 14 days. If you have any question concerning our withdrawal, please contact us.

Sincerely,
GARY BUNCH, P.C.

Gary Bunch

GB/ch

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served upon the other party a copy of **GARY BUNCH AND GARY BUNCH P.C.'S MOTION TO WITHDRAW AS COUNSEL FOR PRINTING SYSTEMS** by causing a true and correct copy thereof to be placed in the United States mail with sufficient postage to ensure delivery to:

> Leonard R. Medley, III
> 2727 Paces Ferry Road, Suite 1450
> Atlanta, GA 30339

> Martha A. Miller
> Martha A. Miller, P.C.
> P.O. Box 5630
> Atlanta, GA 31107

> Jeneane Treace
> United Stated Trustee
> 362 Richard Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303

And by Email and USPS delivery to Printing Systems, LLC:

> Printing Systems, LLC
> George Kelly - President
> 5284 Floyd Rd #579
> Mableton, GA 30126

This 9th day of April, 2018.

Gary Bunch