

**IT IS ORDERED as set forth below:**

**Date: April 17, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| Irvin Gus Hall, II, | CASE NO. 17-71540-BEM |
| Debtor. | CHAPTER 7 |

**ORDER DENYING MOTION OF GARY BUNCH TO WITHDRAW AS COUNSEL**

Before the Court is the Motion to Withdraw as Counsel for Printing Systems LLC [Doc. 35], filed by Gary Bunch of Gary Bunch P.C. The Court has reviewed the Motion to Withdraw and the notice to Printing Systems LLC attached to the Motion to Withdraw. It does not appear that Movant has fully complied with the notice procedures set out in Bankruptcy Local Rule 9010-5(b).[1] Accordingly, it is hereby

**ORDERED** that Gary Bunch's Motion to Withdraw as Counsel for Printing Systems LLC is *denied without prejudice*.

**END OF ORDER**

---

[1] In the Motion to Withdraw, Movant asserts compliance with District Court Local Rule 83.1(E)(2). Even assuming that compliance with District Court Local Rule 83.1(E)(2) results, in substance, in compliance with Bankruptcy Local Rule 9010-5(b), Movant has not fully complied with District Court Local Rule 83.1(E)(2).

**Distribution List**

Gary P. Bunch
Gary Bunch, PC
527 Tanner Street
Carrollton, GA 30117

George Kelly
Printing Systems LLC
5284 Floyd Rd
# 579
Mableton, GA 30126

IRVIN GUS HALL, II
4830 SMOKESTONE DR
Douglasville, GA 30135

Leonard R. Medley, III
Medley & Associates, LLC
Bldg. 2, Suite 1450
2727 Paces Ferry Road, SE
Atlanta, GA 30339

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

R. Jeneane Treace
Office of the United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303