**IT IS ORDERED as set forth below:**

**Date: February 25, 2019**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-71540-BEM |
| IRVIN GUS HALL, II, | |
| Debtor. | CHAPTER 7 |
| IN RE: | CASE NO. 18-50440-BEM |
| Jillian B C Hall, | |
| Debtor. | CHAPTER 7 |

### ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

      This matter comes before the Court on Daniel M. McDermott, United States Trustee for Region 21 ("U.S. Trustee")'s *Motion to Reassign Case and for Joint Administration of Related Cases* (the "Motion") [Case No. 17-71540, Doc. 28; Case No. 18-50440, Doc. 38].

      The Motion seeks joint administration of the chapter 7 cases of IRVIN GUS HALL, II, case no. 17-71540, and Jillian B. C. Hall, case no. 18-50440, pursuant to Fed. R.

Bankr. P. 1015(b) for administrative purposes. It also sought reassignment of Debtor IRVIN

GUS HALL, II's case to this Court, which the Court granted. The Court has not considered joint

administration. After reviewing the Motion, the Court has concluded that the request for joint

administration is well-founded and the relief requested is appropriate. Accordingly, the Motion is

hereby GRANTED.

IT IS FURTHER ORDERED that the joint caption shall read as follows:

| IN RE: | CASE NO. 18-50440-BEM |
| | JOINTLY ADMINISTERED |
| IRVIN GUS HALL, II and | |
| JILLIAN B. C. HALL, | CHAPTER 7 |
| Debtors. | |

IT IS FURTHER ORDERED that all original docket entries shall be made in the

case of IRVIN GUS HALL, II, Case No. 17-71540-bem, and a docket entry shall be made in the

jointly administered cases substantially as follows:

In accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure,
an order has been entered in this case authorizing the joint administration of this
case with the Chapter 7 case of IRVIN GUS HALL, II, Case No. 17-71550-bem.

IT IS FURTHER ORDERED that creditors of either Debtor may still file and

pursue their claims against the estate of that Debtor;

IT IS FURTHER ORDERED that the entry of this Order is without prejudice to

the right of any party in interest to seek substantive consolidation of any or all of the cases which

are ordered jointly administered hereby, and shall not be construed to bar any objection or

defenses to any such request to substantively consolidate such cases; and

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on all

creditors and parties in interest.

**END OF ORDER**

**<u>Distribution List</u>**

Leonard R. Medley, III
Medley & Associates, LLC
Bldg. 2, Suite 1450
2727 Paces Ferry Road, SE
Atlanta, GA 30339

Jillian B C Hall
4830 SMOKESTONE DR
Douglasville, GA 30135

IRVIN GUS HALL, II
4830 SMOKESTONE DR
Douglasville, GA 30135

Martha A. Miller
Martha Miller Law, LLC
P. O. Box 5630
Atlanta, GA 31107

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303